Mike M. Arias (SBN #115385)
Katherine Harvey-Lee Esq. (SBN #216135)
**ARIAS SANGUINETTI WANG & TORRIJOS LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168

*Attorneys for Plaintiffs*

# IN THE UNIED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH KIPPES, Individually and BERDENA KIPPES, Individually, <br><br>　　Plaintiffs, <br><br>　vs. <br><br>NTL, INC., a California Corporation and GEORGE ACOSTA, an Individual; and DOES 1 through 100, inclusive, <br><br>　　Defendants. | Case No. 2:20−CV−00119−KJM−EFB <br><br>**ORDER RE: STIPULATION TO REMAND TO STATE COURT** |

Having reviewed the above stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED THAT this cause be REMANDED to the Superior Court of the State of California, County of Sacramento.

The Court further orders the court file in this case be transferred by the clerk of this Court to the clerk of the State Court, along with a certified copy of this ORDER OF REMAND. The State court may thereupon proceed with this case.

IT IS SO **ORDERED.**

DATED: February 7, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

**ORDER RE: STIPULATION TO REMAND TO STATE COURT**